UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAHZIEL ENOY BALAGUER PUENTE (A-NUMBER: 246-546-183), | Case No.  1:26-cv-3799-TLN-JDP |
| Petitioner, | |
| v. | ORDER |
| WARDEN OF THE GOLDEN STATE ANNEX DETENTION FACILITY, | |
| Respondent. | |

Petitioner, an immigration detainee who is representing himself, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, ECF No. 1, a motion to proceed *in forma pauperis*, ECF No. 2, and a motion for the appointment of counsel, ECF No. 3.  However, petitioner already has a pending petition challenging his present detention on substantially similar grounds.  See Balaguer-Puente v. Warden of the Mesa Verde Detention Facility, No. 1:26-cv-3369-TLN-AC (E.D. Cal.).

Accordingly, IT IS HEREBY ORDERED that:

1.  The instant petition is deemed an attempt to amend the petition in Balaguer-Puente v. Warden of the Mesa Verde Detention Facility, No. 1:26-cv-3369-TLN-AC.

1

2. The Clerk of Court shall file the petition, motion to proceed *in forma pauperis*, and motion for the appointment of counsel in this case in Balaguer-Puente v. Warden of the Mesa Verde Detention Facility, No. 1:26-cv-3369-TLN-AC, and close this case.

IT IS SO ORDERED.

Dated:    May 25, 2026    _____
                                          JEREMY D. PETERSON
                                          UNITED STATES MAGISTRATE JUDGE

2